UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JULIA AGAR,

    Plaintiff,

vs.                              CASE NO.:   6:20-cv-956-Orl-22EJK

TARGET CORPORATION,

    Defendant.
_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(l)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the undersigned counsel for the parties to this action that the claims previously filed herein be dismissed, with prejudice, to the Plaintiff, **JULIA AGAR**, each party to bear their own attorney's fees and costs, and counsel for the parties herein show unto the Court that the above-styled cause has been amicably compromised and fully settled.

| | |
|---|---|
| *[signature]* | *[signature]* |
| **BEATRIZ TAVAREZ, ESQUIRE** | **JAMES A. COLEMAN, ESQUIRE** |
| Tavarez Law, P.A. | James A. Coleman, P.A. |
| 230 E. Monument Avenue, Suite A5 | 612 E. Colonial Drive, Suite 250 |
| Kissimmee, FL 34741 | Orlando, Florida 32803 |
| 407-459-7679 | 407-219-5799 |
| Attorney for Plaintiff | Attorney for Defendant |
| Florida Bar No.: 0085043 | Florida Bar No.: 0434711 |
| Dated: 2/5/2021 | Dated: 2/5/2021 |